IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER DEWAYNE TAYLOR
ADC #111516                                                                             PLAINTIFF

v.                          No. 3:15-cv-366-DPM-JJV

ROY PETERS, Correctional Officer,
Greene County Detention Center;
CHRISSY SHORT, Sergeant, Greene
County Detention Center; SHAWN HUNT,
Correctional Officer, Greene County Detention
Center; and ALLISON YORK-HUCKABEE,
Administrator, Greene County Detention Center           DEFENDANTS

ORDER

Unopposed partial recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). Taylor's claims against Allison York-Huckabee are dismissed without prejudice. An *in forma pauperis* appeal from this Order will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 December 2015