**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER DEWAYNE TAYLOR, | * | |
| ADC # 111516 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 3:15CV00366-JJV |
| ROY PETERS, Correctional Officer, | * | |
| Greene County Detention Center; *et al.* | * | |
| | * | |
| Defendants. | * | |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 11th day of February, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1